# United States District Court
## FOR THE DISTRICT OF COLUMBIA

**Laurence Otto,**
████████

**v.**

**United States**

To:

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

### SUMMONS IN A CIVIL CASE

CASE NUMBER  1:05CV02319

JUDGE: Gladys Kessler

DECK TYPE: Pro se General Civil

DATE STAMP: 12/██/2005

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Laurence Otto,
████████
60426 County Road 12,
Warroad MN 56763,
218-386-2299

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
Court Clerk

by _____
Deputy Clerk

DEC 0 1 2005
Date

**RECEIVED**

JAN 3 - 2006          Page 1

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # _7004  1350 0001 6396 1617_

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $_5.48_.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_Laurence Otto_                          _December 28, 2005_
Laurence Otto                              Date


_60426 County Road 12_
_Warroad, Minnesota 56763_

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Lue Dn_     ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

DEC 1 4 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

1. Article Addressed to:

Kenneth L. Weinstein
United States Attorney
District of Columbia
Civil Process Clerk
555 4th Street NW
Washington, District of Columbia
20530

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)     7004 1350 0001 6356 1617

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Laurence Otto
60426 County Road 12
Warroad, Minnesota 56763

R003