# United States District Court

FOR THE DISTRICT OF COLUMBIA

Laurence Otto,

█████████

**SUMMONS IN A CIVIL CASE**

v.

United States

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

CASE NUMBER  1:05CV02319

JUDGE: Gladys Kessler

DECK TYPE: Pro se General Civil

DATE STAMP: 12/█/2005

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Laurence Otto,

█████████

60426 County Road 12,
Warroad MN 56763,
218-386-2299

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 0 1 2005
        Court Clerk                          Date

by  _H. Higgins_
      Deputy Clerk

# RECEIVED

JAN 3 - 2006    Page 1

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7005 1820 0005 1920 2022 ,

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 5.44 .

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____       December 28, 2005
Laurence Otto                              Date

60426 County Road 12
Warroad, Minnesota 56763

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto Gonzales
   United States Attorney General
   Civil Process Clerk
   950 Pennsylvania Avenue
   Washington, District of Columbia
   20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   DEC 14 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0005 1920 2022

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Laurence Otto
60426 County Road 12
Warroad, Minnesota 56763