## United States District Court
### IN THE DISTRICT OF COLUMBIA

Laurence Otto, et al
Carol Otto                                    Case No. 1:05 CV 02319 (GK)
        Plaintiff(s),

v.

United States
        Defendant.

### NOTICE OF FILING

Laurence Otto, Carol Otto filed a Complaint, Petition, and Claim in the Nature of a Complaint, Petition, and Claim Under the Authority of 26 U.S.C. § 7433 on December 1, 2005, Case No. 1:05CV02319 (GK) and Carol Otto inadvertently forgot to sign the aforementioned complaint on page 12 of 14 pages - a new page 12 of 14 pages is attached.

Respectfully submitted                         Dated: December 24, 2005

_Laurence Otto_                                _Carol Otto_
Laurence Otto                                  Carol Otto
60426 County Road 12                           60426 County Road 12
Warroad, MN 56763                              Warroad, MN 56763

### Certificate of Service

I certify that I have served a true and exact copy of the NOTICE OF FILING and attached new page 12 of 14 pages of aforementioned complaint to defendant's attorney(s) at the following address(es):

Alberto Gonzales                               Kenneth L. Wainstein
United States Attorney General                 United States Attorney
Civil Process Clerk                            District of Columbia — Civil Process Clerk
950 Pennsylvania Avenue                        555 4th Street NW
Washington, District of Columbia 20530         Washington, District of Columbia 20530

By mailing on December 24, 2005 to above, copies thereof, enclosed in prepaid envelopes, and depositing the same in the U.S. Mail at Warroad, Minnesota directed to the aforementioned part ies last know address es.

_Laurence Otto_                                Dated: December 24, 2005
Laurence Otto
60426 County Road 12
Warroad, MN 56763

RECEIVED
DEC 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file granted   G. Kessler - 1/16/06

22. The plaintiff(s) request(s) that the court forthwith issue an order enjoining the Internal Revenue Service, its officers, employees and anyone working or acting in behalf of the IRS, including any and all U.S. attorneys, employees of the Department of Justice and judges from engaging in any further collection activity, whether civil or criminal until all claims are fully resolved and the return of all sums wrongfully collected.

23. Further relief as the court determines is justified.

Dated: __December 24__, 2005

_____
Laurence Otto

_____
Carol Otto
60426 County Road 12
Warroad, MN 56763
218-386-2299

COPY

# United States District Court
## IN THE DISTRICT OF COLUMBIA

Laurence Otto,
Carol Otto
60426 County Road 12,
Warroad MN 56763
218-386-2299

Plaintiff(s),

v.

United States
Defendant.

Case No.

CASE NUMBER   1:05CV02319

JUDGE: Gladys Kessler

DECK TYPE: Pro se General Civil

DATE STAMP: 12//2005

## COMPLAINT, PETITION, AND CLAIM
## IN THE NATURE OF A COMPLAINT, PETITION, AND CLAIM
## UNDER THE AUTHORITY OF 26 U.S.C. § 7433

### I
### INTRODUCTION

1. This Honorable Court has subject matter jurisdiction of these proceedings pursuant to 26 U.S.C. §7433, and derives its rights pursuant to Article III of the Constitution of the United States and Title 28 of the United States Code, as interpreted by Nguyen v. United States, 539 U.S. 69 (2003), and by virtue of sufficient pleadings clearly setting forth the right, title and claim of the plaintiff(s). Laurence Otto, Carol Otto plaintiff(s), is/are (a) Citizen(s) of Minnesota, a "State in this Union," (Art. IV § 4, United States Constitution), and is/are neither employed by, nor personnel of, the United States Inc., (Art. II, United States Constitution). Defendant through principals, officers, agents, rogue agents and/or employees of the Internal Revenue Service, in connection with the collection of federal tax beginning with "tax year"