UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**LAURENCE OTTO, et al.**,           )
                                     )
    **Plaintiffs**,                  )
                                     )
  **v.**                              )   Civil Action No.
                                     )   05-2319 (GK)
**UNITED STATES**,                   )
                                     )
    **Defendant**.                   )
_____)

### O R D E R

The record shows that the Complaint was served on Defendant on December 14, 2005. Under Fed. R. Civ. P. 12(a)(3)(A), Defendant had until February 13, 2006 to respond to the Complaint. Defendant has not entered an appearance in this case and has filed neither a responsive pleading nor a motion for enlargement of time in order to respond to the Complaint. In the interim, Plaintiffs have failed to move for default or take any other action to move the above-captioned case forward. Thus, it is hereby

**ORDERED** that Plaintiffs show cause no later than **March 1, 2006**, why the Complaint should not be dismissed for failure to prosecute.

February 16, 2006

/s/
GLADYS KESSLER
United States District Judge

**<u>Copies to</u>**:
Laurence and Carol Otto
60426 County Road 12
Warroad, MN 56763