IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURENCE OTTO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No: 1:05-cv-2319 (GK) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' MOTION TO DISMISS

DEFENDANT, the United States of America, moves under Fed. R. Civ. P. 12(b), to dismiss plaintiffs' complaint.

As grounds for this motion, the United States submits that plaintiffs failed to properly serve the United States.

A memorandum of points and authorities in support of this motion and a proposed order are submitted.

DATE: February 23, 2006.

Respectfully submitted,

　/s/ Michael J. Salem　
MICHAEL J. SALEM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6438

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS was caused to be served upon plaintiffs *pro se* on the 24th day of February, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>LAURENCE OTTO
>CAROL OTTO
>Plaintiffs *pro se*
>60426 County Road 12
>Warroad, MN  56763.

  /s/ Michael J. Salem
MICHAEL J. SALEM

1560472.11