```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
**LAURENCE OTTO, et al.**,          :
                                    :
      **Plaintiffs**,              :
                                    :
          v.                   :   Civil Action
                                    :   No. 05-2319 (GK)
**UNITED STATES**,                  :
                                    :
      **Defendant**.              :
_____:

## ORDER

This matter comes before the Court upon the Defendant's Motion to Dismiss. Plaintiffs are proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509. Accordingly, it is this 24th day of February 2006, hereby:

**ORDERED**, that Plaintiffs Laurence and Carol Otto respond to the Defendant's Motion to Dismiss no later than **March 25, 2006.** If

Plaintiffs do not respond, the Court will treat the motion as granted and enter judgment in favor of the Defendant.

                                    /s/
                                    Gladys Kessler
                                    U.S. District Judge

**Copies to**: **attorneys of record via ECF and**

LAURENCE and CAROL OTTO
60426 County Road 12
Warroad, MN 56763