IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURENCE OTTO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No: 1:05-cv-2319 (GK) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Having considered the United States' motion to dismiss the complaint, together with the memorandum of points and authorities in support thereof, and having further considered plaintiffs' [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiffs' complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

| | |
|---|---|
| LAURENCE OTTO | MICHAEL J. SALEM |
| CAROL OTTO | Trial Attorney, Tax Division |
| Plaintiffs *pro se* | U.S. Department of Justice |
| 60426 County Road 12 | Post Office Box 227 |
| Warroad, MN  56763 | Washington, DC  20044 |

1560491.11

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiffs *pro se* on the 24th day of February, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>LAURENCE OTTO
>CAROL OTTO
>Plaintiffs *pro se*
>60426 County Road 12
>Warroad, MN 56763.

>/s/ Michael J. Salem
>MICHAEL J. SALEM

1560491.11