```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
**LAURENCE OTTO, et al.**,          )
                                    )
       Plaintiffs,           )
                                    )
   v.                              )   Civil Action No.
                                    )   05-2319 (GK)
**UNITED STATES**,                  )
                                    )
       Defendant.            )
_____)

## O R D E R

On February 16, 2006, the Court issued a Show Cause Order, requiring the Plaintiffs to show cause by March 1, 2006 why the Complaint should not be dismissed for failure to prosecute. On February 23, 2006, Defendant filed a Motion to Dismiss. Accordingly, it is hereby

**ORDERED** that the February 16, 2006 Show Cause Order is **discharged.**

Plaintiffs are reminded that in accordance with the Court's February 24, 2006 Order, they must respond to Defendant's Motion to Dismiss by March 25, 2006.


February 28, 2006                    /s/_____
                                     GLADYS KESSLER
                                     United States District Judge

**Copies to:**   Attorneys of record via ECF and

Laurence and Carol Otto
60426 County Road 12
Warroad, MN 56763