IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURENCE OTTO, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No: 1:05-cv-2319 (GK) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' NOTICE IN
LIEU OF L.Cv.R. 16.3 REPORT**

On February 24, 2006, the Court issued an ORDER SETTING INITIAL SCHEDULING CONFERENCE in the above-captioned case, setting an initial scheduling conference for March 27, 2006. The order requires the parties to conduct a meeting and conference in compliance with L.Cv.R. 16.3. Under rule 16.3, the meeting and conference must be conducted no later than 21 days before the scheduling conference. Since the scheduling conference has been set for March 27, 2006, the rule 16.3 meeting and conference was required to be held no later than March 6, 2006.

When plaintiffs failed to contact counsel for the United States by March 1, 2006, counsel wrote to plaintiffs on that date, requesting plaintiffs to advise counsel's office at plaintiffs' earliest convenience when they would be available for the meeting and conference, and whether they wished to meet and confer in person or by telephone. The letter offered conference rooms available on March 3 and 6, 2006, at 555 Fourth Street, NW, Washington, D.C. 20001, and further offered to meet and confer by telephone, with plaintiffs initiating the call to (202) 307-6438. The letter also enclosed a

copy of the Court's scheduling order, with its attachments, along with a copy of L.Cv.R. 16.3.  Finally, the letter requested plaintiffs to acknowledge receipt of the March 1, 2006, letter by calling counsel's office to schedule the meeting and conference.  A facsimile copy of the letter is attached hereto as Ex. 101.

To date, plaintiffs have not acknowledged receipt of the letter of March 1, 2006, taken any steps to comply with the Court's ORDER SETTING INITIAL SCHEDULING CONFERENCE, or otherwise cooperated in conducting the meeting and conference required by L.Cv.R. 16.3.  As a result of plaintiffs' failure, neglect, or refusal to cooperate, the parties have not conducted the meeting and conference and the United States will not be able to file a report in compliance with L.Cv.R. 16.3.

DATE:  March 8, 2006.

Respectfully submitted,

 /s/ Michael J. Salem
MICHAEL J. SALEM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6438

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' NOTICE IN LIEU OF L.Cv.R. 16.3 REPORT was caused to be served upon plaintiffs *pro se* on the 8th day of March, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> LAURENCE OTTO
> CAROL OTTO
> Plaintiffs *pro se*
> 60426 County Road 12
> Warroad, MN  56763.

      /s/ Michael J. Salem
      MICHAEL J. SALEM

1585211.11