

**U.S. Department of Justice**

**Tax Division**

*Civil Trial Section, Eastern Region*

---

MJS:jcc
5-16-3971
CMN 2006101542

*Post Office Box 227*
*Washington, DC 20044*

*Telephone: (202) 307-6438*
*Telecopier: (202) 514-6866*
*Michael.J.Salem@usdoj.gov*

March 1, 2006

Laurence Otto
Carol Otto
Plaintiffs *pro se*
60426 County Road 12
Warroad, MN 56763

        Re:  Laurence & Carol Otto v. United States,
            No. 1:05-cv-2319      (USDC D.D.C.)

Dear Mr. & Mrs. Otto:

      On February 24, 2006, Judge Kessler issued an ORDER SETTING INITIAL SCHEDULING CONFERENCE in the above-captioned case.  The order requires the parties to conduct a meeting and conference in compliance with L.Cv.R. 16.3.

      Under L.Cv.R. 16.3, the meeting and conference must be conducted no later than 21 days before the scheduling conference.  Since the scheduling conference has been set for March 27, 2006, the rule 16.3 meeting and conference must be held no later than March 6, 2006.  Please advise this office at your earliest convenience when you will be available for the meeting and conference, and whether you wish to meet and confer in person or by telephone.  This office has conference rooms available on March 3 and 6, 2006, at 555 Fourth Street, NW, Washington, DC 20001.  If you wish to meet and confer by telephone, you should initiate the call to (202) 307-6438.

      Enclosed with this letter is a copy of Judge Kessler's scheduling order, with its attachments.  We have also enclosed a copy of L.Cv.R. 16.3.

      Please acknowledge receipt of this letter by calling my office to schedule the meeting and conference.  Thank you for your anticipated cooperation.

                              Sincerely yours,

                              /s/ Michael J. Salem
                              MICHAEL J. SALEM
                              Assistant Chief

Enclosures                                                           **Exhibit 101**

- 2 -

cc:   Warren P. Simonsen, Esquire
      Associate Area Counsel for the
      Internal Revenue Service (SB/SE)
      950 L'Enfant Plaza
      Washington, DC  20024

1560466.11