IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURENCE OTTO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No: 1:05-cv-2319 (GK) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' SUPPLEMENTAL STATEMENT OF THE
CASE & STATUTORY BASES FOR CLAIMS & DEFENSES**

In accordance with the Court's ORDER SETTING INITIAL SCHEDULING CONFERENCE, the United States provides this supplemental statement of the case and the statutory bases for all causes of action and defenses.

1. <u>United States' brief statement of the case.</u>  This is an action in which plaintiffs seek: a) a refund of all federal taxes paid in since their 2000 tax year; b) along with unspecified damages for alleged wrongful tax collection by the United States; c) and injunctive; and d) declaratory relief prohibiting any efforts by the United States to collect plaintiffs' unpaid federal taxes. (Compl. ¶¶ 18-22.)

2. <u>United States' statutory bases for causes of action.</u>  As defendant in this action, the United States has moved to dismiss and has not asserted any causes of action. But in the unlikely event that the Court should conclude that it has subject matter jurisdiction in this case, and requires the United States to plead to plaintiffs' complaint, the United States may assert the following by counterclaims:

    a. *Tax claims against Laurence Otto:*  The United States may counterclaim for any and all unpaid federal taxes due and owing by Laurence Otto.  26 U.S.C. § 7402(a).

    b. *Damage/sanction claim against Laurence Otto:*  The United States may assert a damage claim, not exceeding $10,000, for institution or maintenance of a frivolous or groundless action under 26 U.S.C. § 7433 by Laurence Otto.  26 U.S.C. § 6673(b)(1).

    c. *Tax claims against Carol Otto:*  The United States may counterclaim for any and all unpaid federal taxes due and owing by Carol Otto.  26 U.S.C. § 7402(a).

    b. *Damage/sanction claim against Carol Otto:*  The United States may assert a damage claim, not exceeding $10,000, for institution or maintenance of a frivolous or groundless action under 26 U.S.C. § 7433 by Carol Otto.  26 U.S.C. § 6673(b)(1).

2. <u>United States' statutory bases for defenses to plaintiffs' claims.</u>  The United States would assert the following defenses to plaintiffs' claims set out in the complaint, if required to plead thereto:

    a. *Tax refund claims:*  The statutory bases for the United States' defenses against plaintiffs' tax refund claims are contained in 26 U.S.C. § 7422 and 28 U.S.C. § 1402(a)(1).

b. *Wrongful collection claims:* The statutory bases for the United States' defenses against plaintiffs' damage claims for wrongful collection are contained in 26 U.S.C. § 7433.

c. *Claims for injunctive relief:* The statutory basis for the United States' defense against plaintiffs' claims for injunctive relief is contained in 26 U.S.C. § 7421.

d. *Claims for declaratory relief:* The statutory basis for the United States defense against plaintiffs' claims for declaratory relief is contained in 28 U.S.C. § 2201.

DATE: March 23, 2006.

                                        Respectfully submitted,

                                        /s/ Michael J. Salem
                                        MICHAEL J. SALEM
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227
                                        Washington, DC  20044
                                        Telephone: (202) 307-6438

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' SUPPLEMENTAL STATEMENT OF THE CASE & STATUTORY BASES FOR CLAIMS & DEFENSES was caused to be served upon plaintiffs *pro se* on the 23d day of March, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> LAURENCE OTTO
> CAROL OTTO
> Plaintiffs *pro se*
> 60426 County Road 12
> Warroad, MN  56763.

> /s/ Michael J. Salem
> MICHAEL J. SALEM

1609306.11