IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURENCE OTTO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No: 1:05-cv-2319 (GK) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Having considered plaintiffs' motion for entry of default, together with the memorandum of points and authorities in support thereof, and having further considered the United States' opposition thereto, the Court concludes that the motion ought to be denied. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that plaintiffs' motion for entry of default be and is DENIED, and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

| | |
|---|---|
| LAURENCE OTTO | MICHAEL J. SALEM |
| CAROL OTTO | Trial Attorney, Tax Division |
| Plaintiffs *pro se* | U.S. Department of Justice |
| 60426 County Road 12 | Post Office Box 227 |
| Warroad, MN  56763 | Washington, DC  20044 |

1560491.11

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiffs *pro se* on the 4th day of April, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> LAURENCE OTTO
> CAROL OTTO
> Plaintiffs *pro se*
> 60426 County Road 12
> Warroad, MN 56763.

> /s/ Michael J. Salem
> MICHAEL J. SALEM

1616913.11